# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAIG CLERMONT, AN INDIVIDUAL,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
CARLI LYNN KIERNY, DISTRICT
JUDGE,

Respondents,

and

CHRISTINA WRIGHT, AN
INDIVIDUAL,

Real Party in Interest.

No. 83681

**FILED**

DEC 15 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Petitioner has filed a notice of withdrawal of appeal. The notice is construed as a motion to voluntarily dismiss petitioner's petition for writ of mandamus. Cause appearing, the motion is granted and this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: 

cc: Hon. Carli Lynn Kierny, District Judge
Messner Reeves LLP
Simon Law
Eighth District Court Clerk

21-35742